

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00244-CV

**MERITAGE HOMES OF TEXAS LLC**,
Appellant

v.

Ramiro and Dorothy **GARCIA**,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-18183
Honorable Fred Shannon, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, appellant's motion to dismiss is GRANTED, and this appeal is dismissed. Costs of appeal are taxed against Appellant Meritage Homes of Texas LLC.

SIGNED May 29, 2013.

_____
Karen Angelini, Justice